13-cv-2622

# EXHIBIT B



| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| | |
|---|---|
| Alan Cooper, | Court File No.: 27-CV-13-3464 |
| Plaintiff, | Judge: Honorable Ann Leslie Alton |
| v. | |
| John Lawrence Steele, Prenda Law Inc., AF Holdings, LLC, Ingenuity13, LLC, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| Defendants. | |

TO THE COUNTY OF HENNEPIN DISTRICT COURT AND ALL COUNSEL OF RECORD:

Please take notice that a Notice of Removal of this action to the United States District Court for the District of Minnesota, was filed in that court on September 23, 2013. A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.

Please take further notice that the filing of said Notice of Removal with the office of the Clerk of the United States District Court for the District of Minnesota, and the filing of same with this Court, effects removal of this action pursuant to 28 U.S.C. § 1446. Consequently, all further proceedings in this matter must occur in the United States District Court for the District of Minnesota, in compliance with the Federal Rules of Civil Procedure.

Dated: September 23, 2013.

_____
John L. Steele
1111 Lincoln Road Suite 400
Miami Beach, Florida 33139
*Pro se*

1