UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALAN COOPER,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN LAWRENCE STEELE,<br>PRENDA LAW, INC., AF HOLDINGS,<br>LLC, INGENUITY13, LLC<br><br>*Defendants.* | CASE NO. 1:13-CV-02622 (SRN/LIB) |

## DEFENDANT'S MOTION TO TRANSFER VENUE

Defendant John Steele, pursuant to 28 U.S.C § 1391(b), moves this Court for an order transferring this case to the Northern District of Illinois. Defendant bases his motion on the accompanying Notice of Hearing, Memorandum in Support and the Affidavits of Paul Duffy and Mark Lutz.

Dated: October 8, 2013

/s John Steele
*Pro se*
1111 Lincoln Road Suite 400
Miami Beach, Florida 33139

RECEIVED OCT - 8 2013 U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SCANNED OCT - 8 2013 U.S. DISTRICT COURT MPLS