UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

ALAN COOPER,

    *Plaintiff,*

v.

JOHN LAWRENCE STEELE,
PRENDA LAW, INC., AF HOLDINGS,
LLC, INGENUITY13, LLC

    *Defendants.*

CASE NO. 1:13-CV-02622 (SRN/LIB)

## Exhibit Index

| A | Copy of Affidavit of Paul Duffy |
|---|---|

/s John Steele
*Pro se*
1111 Lincoln Road Suite 400
Miami Beach, Florida 33139

SCANNED
OCT - 8 2013
U.S. DISTRICT COURT MPLS