| | |
|---|---|
| **STATE OF MINNESOTA** | **DISTRICT COURT** |
| **COUNTY OF HENNEPIN** | **FOURTH JUDICIAL DISTRICT** |

Alan Cooper,   Court File No.: 27-CV-13-3463

    Plaintiff,   Judge: Honorable Ann Leslie Alton

v.

John Lawrence Steele, Prenda Law Inc., AF Holdings, LLC, Ingenuity13, LLC,

    Defendants.

## AFFIDAVIT OF PAUL DUFFY IN SUPPORT OF DEFENDANT PRENDA LAW, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, Paul Duffy, declare as follows:

1. I am the sole principal, shareholder, officer, and director of Defendant Prenda Law, Inc. I am also the registered agent for Defendant Prenda Law, Inc.

2. Plaintiff's principal place of business is 161 N. Clark St., Suite 3200, Chicago, IL 60601, which is also the address of the registered agent.

3. For the entire time up to and including when Plaintiff asserts that he mailed the summons and complaint to Plaintiff's principal place of business, I maintained an office at Plaintiff's principal place of business and regularly worked there on a daily basis from Monday through Friday.

4. As such, a reasonably diligent attempt to personally serve me at Defendant's principal place of business would have been successful.

5. I am not aware of a single attempt by any person to serve me with any paper at 161 N. Clark Street, Suite 3200, Chicago, Illinois.

*161 P#*

6. The practice of the receptionist at ~~3200~~ N. Clark Street, Suite 3200 in Chicago, Illinois is to notify me by e-mail whenever a visitor asks for me. I routinely receive such e-mails for those asking to see me. I did not receive a message from the receptionist at Suite 3200 that a visitor whom I did not know had asked to see me, from the time Plaintiff filed the Complaint in this action through the time he purports to have sent the Complaint to me by mail.

7. I am unaware of any attempt by any person to personally serve me with the Complaint or any paper in this actin at any time.

8. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

DATED: May 14, 2013                     By: [signature]

"OFFICIAL SEAL"
ANDRIANNA D FLORES
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 06/14/2016

[signature] Andrianna D Flores

Cook County          5/14/2013.
State: Illinois