# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALAN COOPER,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN LAWRENCE STEELE, PRENDA LAW, INC., AF HOLDINGS, LLC, INGENUITY13, LLC<br><br>*Defendants*. | CASE NO. 1:13-CV-02622 (SRN/LIB) |

## MEET-AND-CONFER STATEMENT

I hereby certify that I met and conferred with Plaintiff's counsel via the telephone on October 8, 2013. We discussed Steele's Motion to Transfer Venue. The parties could not come to agreement on any part of the motion. I further certify that I discussed the Motion to Transfer Venue with Defendant Prenda Law, Inc., which supports the instant motion and with non-served Defendants AF Holdings, LLC and Ingenuity13, LLC, which also support the Motion to Transfer Venue.

DATED: October 8, 2013

/s John Steele
*Pro se*
1111 Lincoln Road Suite 400
Miami Beach, Florida 33139

