UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Alan Cooper, <br>                 Plaintiff, | Court File No. 13-cv-02622 (SRN/LIB) |
| v. | MOTION TO REMAND |
| John Lawrence Steele, Prenda Law, Inc. <br> AF Holdings, LLC, Ingenuity13, LLC, <br>                 Defendants. | |

---

Plaintiff Alan Cooper hereby moves the Court to remand this case to Hennepin County District Court pursuant to 28 U.S.C. § 1447. Defendant Steele's removal is untimely pursuant to 28 U.S.C. § 1446(b)(3) as he would have had notice of the amount in controversy more than 30 days before filing the notice of removal.

Date: October 15, 2013

By:   s/Paul Godfread
PAUL GODFREAD (0389316)
paul@godfreadlaw.com
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 284-7325
*Attorney for Plaintiff Alan Cooper*