## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Alan Cooper,                                          Court File No. 13-cv-02622 (SRN/LIB)

           Plaintiff,

v.                                                **NOTICE OF MOTION TO REMAND**

John Lawrence Steele, Prenda Law, Inc.
AF Holdings, LLC, Ingenuity13, LLC,

           Defendants.

TO: John Lawrence Steele, 1111 Lincoln Road, Suite 400, Miami, FL 33139; Prenda Law Firm, Inc., 161 N. Clark St., Suite 3200, Chicago, IL 60601

     Please take notice that on January 31, 2014 at 2:00 pm, at 316 North Robert Street, Saint Paul, MN, in courtroom 7B of the Warren E. Burger Federal Building and Courthouse, Plaintiff Alan Cooper will move the Court to remand this case to Hennepin County District Court pursuant to 28 U.S.C. § 1447.

                                                 By:     s/Paul Godfread

Date:  October 15, 2013                          PAUL GODFREAD (0389316)
                                                             paul@godfreadlaw.com
                                                             100 South Fifth Street, Suite 1900
                                                             Minneapolis, MN  55402
                                                             Telephone:  (612) 284-7325
                                                             *Attorney for Plaintiff Alan Cooper*