UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Alan Cooper, | Court File No. 13-cv-02622 (SRN/LIB) |
| Plaintiff, | |
| v. | DECLARATION OF PAUL GODFREAD IN SUPPORT OF MOTION TO REMAND |
| John Lawrence Steele, Prenda Law, Inc., AF Holdings, LLC, Ingenuity13, LLC. | |
| Defendants. | |

I, Paul Godfread, state under penalty of perjury that the following is true and based on personal knowledge:

1. I had served a copy of the Motion for Default and its supporting documents on John Steele by May 17, 2013 both by first class mail and email.
2. I have received the majority of documents from Steele or Prenda in this case and related cases in envelopes without return addresses.
3. The following are true and correct copies of the following documents;
    a. Exhibit A – A copy of an email sent on May 17, 2013 by me to John L. Steele, Paul Hansmeier, and Paul Duffy which contained PDF attachments of all documents I filed in conjunction with the motion for default
    b. Exhibit B – A copy of an email sent on February 21, 2013 by me to John L. Steele regarding his apparent attempt to avoid divulging contact information.

Date: October 15, 2013

By: s/Paul A. Godfread
PAUL A. GODFREAD (0389316)
paul@godfreadlaw.com
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 284-7325
*Attorney for Plaintiff Alan Cooper*