# EXHIBIT A

Paul Godfread <paul@godfreadlaw.com> 🖇    May 17, 2013  12:43 PM 
To:   John Steele   and 2 more…
Cooper v. Steele - Motion courtesy copies

Dear Mr. Steele, Mr. Duffy, Mr. Hansmeier,

Please find attached courtesy copies of the supplemental and reply briefs for the motion for default along with the supporting affidavits and exhibits. Mr. Hansmeier should have already been served via the Minnesota Courts e–File system.

Please also take note that the hearing is now scheduled for May 21 at 2:00pm in Judge Alton's courtroom. Judge Alton's order is also attached.

Sincerely,

Paul Godfread

GODFREAD LAW FIRM, PC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402

phone:   1.612.284.7325
fax:     1.612.465.3609

This communication is for the intended recipient(s) only and may contain information that is confidential and legally privileged.  Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.



[PDF] 20130513 S...pdf (5.4 MB)   [PDF] 20130513 S...pdf (1.3 MB)

| 2/17/13 | Judicial AttorneyServices, Inc. - Professional Process Servers & Private Investigators | Filed in Fourth Judicial District Court<br>5/16/2013 1:23:40 PM<br>Hennepin County Civil, MN |

DISTRICT COURT, HENNEPIN COUNTY, STATE OF MINNESOTA

| **ALAN COOPER** | | |
|---|---|---|
| | PLAINTIFF(S) | Case No. |
| vs. | | |
| **JOHN LAWRENCE STEELE, ET AL** | | |
| | DEFENDANT(S) | AFFIDAVIT OF NON SERVICE OF:<br>**SUMMONS & COMPLAINT; EXHIBITS; INTERROGATORIES;<br>REQUEST FOR ADMISSIONS** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) attempted to serve **PRENDA LAW INC.** at **161 N. CLARK ST., STE 3200, CHICAGO, IL 60601**, and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

1/29/2013 1:26 PM - Name on the outside of the suite is Network LLC. Spoke with a receptionist who stated this is a shared office concept and the defendant is rarely ever seen here.
1/30/2013 10:50 AM - Database search conducted and the defendant was reported to reside at 1327 N Mohawk St., #3, Chicago, IL 60610. (312) 952-6136 is listed to Duffy in the Sullivan Law book. This same number was found for Duffy Law Group, 2 N LaSalle St., 13th Fl, Chicago, IL 60602. http://pduffygroup.com/
1/30/2013 10:55 AM - Called (800) 380-0840, female answered, stated Paul Duffy was not in but she would transfer me to a paralegal. Jeff got on the phone and stated Paul was in court. I explained who I was and what was being served. I went on to explain I attempted to serve him at 161 N Clark and was told he was never there. He said that was not true. He took my name/number down and said either he or Paul would call me back.

1/31/2013 12:09 PM - Called (800) 380-0840, asked if Prenda Law was located at 161 N Clark, which I was told yes. I then asked to speak to Jeff, and he replied I was speaking to him. I asked if he spoke to Paul Duffy regarding my call from yesterday and he said he passed along the message as he had to fly out to San Francisco yesterday. I asked him "so you are in San Francisco right now" and he claimed he was.
2/15/2013 11:48 AM - Attempted service at the office, was told Duffy was not here. I asked about Jeff, the paralegal and was told no one by that name works for the defendant in this office.

I declare under penalties of perjury that the information contained herein is true and correct.

_____
**Robert D Fairbanks**, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 15th day of February, 2013

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13

| CLIENT NAME: | ORIGINAL PROOF OF SERVICE | TRACKING # |
|---|---|---|
| **Godfread Law Firm, PC** | | **91714** |
| FILE #: | | |

https://staff.judicialinc.com/Judicial_Common/Reports/rptNonService_Proof.aspx?id=91714&outside=False&signature=Yes&cview=true&NoAddress=No&cid=4425    1/1

 20130516 R...pdf (2.4 MB)    20130516 R...pdf (873 KB)

Filed in Fourth Judicial District Court
5/13/2013 2:47:36 PM
Hennepin County Civil, MN

**STATE OF MINNESOTA**                          **DISTRICT COURT**

**COUNTY OF HENNEPIN**                      **FOURTH JUDICIAL DISTRICT**
------------------------------------------------------------

                                                        Judge Ann L. Alton
**Alan Cooper,**
                    Plaintiffs,         ORDER RESETTING DATE

```
                                              AND TIME OF HEARING
                        v.

John L. Steele, et al.,
                    Defendant.    File #27-CV-13-3463

------------------------------------------------------------
```

TO THE PARTIES IN THE ABOVE-ENTITLED ACTION.

   This matter was scheduled for a Default Hearing on May 20, 2013, at 2:00 PM.

   Please be advised that due to a change in the Court's schedule, this Default Hearing is hereby rescheduled to May 21, 2013 at 2:00 PM.


DATED: 5/13/13                        _____
                                      Ann L. Alton
                                      Judge of District Court

Court Clerk: 612-348-8083

20130513 R....pdf (77 KB)