# EXHIBIT B

Paul Godfread <paul@godfreadlaw.com>  February 21, 2013  10:50 AM
To:  John Steele
Your Answer and Counterclaims - Cooper v. Steele et al.

Dear Mr. Steele,

I am in receipt of your Answer and Counterclaims. It does not comply with Minnesota Rules of Civil Procedure and Minnesota Statutes in two critical ways.

1.    Your document does not contain an address or phone number and it was mailed in an envelope which contains no return address. Minn. R. Civ. P. 11.01 requires that "[e]very pleading, written motion, and other similar document shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party.  Each document shall state the signer's address and telephone number, if any, and attorney registration number if signed by an attorney.…"

2.    Minn. Stat. § 549.211 requires that every pleading and motion contain a signed acknowledgement that it was not brought for an improper purpose. The full text of that statute is here: https://www.revisor.mn.gov/statutes/?id=549.211

You have already advised me that you have a good understanding of the Minnesota Rules of Civil Procedure. If you do not correct the two errors above, I may have to bring a motion to strike.

Sincerely,

Paul Godfread

GODFREAD LAW FIRM, PC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402

phone:    1.612.284.7325
fax:          1.612.465.3609
skype:     paulgodfread

This communication is for the intended recipient(s) only and may contain information that is confidential and legally privileged.  Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.