UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Alan Cooper, | Court File No. 13-cv-02622 (SRN/LIB) |
| Plaintiff, | |
| v. | DECLARATION OF PAUL GODFREAD IN OPPOSITION TO DEFENDANTS MOTION TO TRANSFER |
| John Lawrence Steele, Prenda Law, Inc., AF Holdings, LLC, Ingenuity13, LLC. | |
| Defendants. | |

I, Paul Godfread, state under penalty of perjury that the following is true and based on personal knowledge:

1. The following are true and correct copies of the following documents;
    a. Exhibit A – Prenda Law Firm, Inc.'s Answer
    b. Exhibit B – John L. Steele's Answer and Counterclaims
    c. Exhibit C – A screenshot of the Minnesota Secretary of State website showing that Steele Hansmeier, PLLC was organized as a Minnesota limited liability company.

Date: October 15, 2013

By: s/Paul A. Godfread
PAUL A. GODFREAD (0389316)
paul@godfreadlaw.com
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 284-7325
*Attorney for Plaintiff Alan Cooper*