# EXHIBIT C

Home (/)   Search (/Business/Search)   Filings (/Business/Filings)

Search » Business Filings

## Business Record Details »



Minnesota Business Name
**Steele Hansmeier PLLC**

Business Type
**Limited Liability Company (Domestic)**

MN Statute
**322B**

File Number
**3976619-2**

Home Jurisdiction
**Minnesota**

Filing Date
**09/09/2010**

Status
**Inactive**

Renewal Due Date:
**12/31/2012**

Registered Office Address
**80 S 8th Str #900 Alpha Law Firm**
**Mpls MN 55402**
**USA**

Registered Agent(s)
**(Optional) None provided**

Manager
**Paul Hansmeier**
**80 S 8th St Ste 900**
**Minneapolis MN 55402**
**USA**

Principal Executive Office Address
**80 S 8th St Ste 900**
**Minneapolis MN 55402**
**USA**

Comments
**Law**

« Back to Search Results

| Filing History | Renewal History |

**Filing History**

| | |
|---|---|
| 09/09/2010 | Original Filing - Limited Liability Company (Domestic) |
| 09/09/2010 | Limited Liability Company (Domestic) Business Name |
| 1/13/2012 | Notice of Dissolution - Limited Liability Company (Domestic) |

Office of the MN Secretary of State Home Page (http://www.sos.state.mn.us)

System Requirements

The MBLS application works with the following web browsers:

- Microsoft Internet Explorer (version 7+)
- Mozilla Firefox (version 3.5+)
- Apple Safari (version 3+)
- Google Chrome

Additional MBLS Information

Terms & Conditions (http://www.sos.state.mn.us/index.asp page=1667)
Contact Us (http://www.sos.state.mn.us/index.asp page=42)
Frequently Asked Questions (FAQ) (http://www.sos.state.mn.us/index.asp page=12)

Copyright 2011 | Secretary of State of Minnesota | All rights reserved