UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALAN COOPER, <br><br> *Plaintiff*, <br><br> v. <br><br> JOHN LAWRENCE STEELE, PRENDA LAW, INC., AF HOLDINGS, LLC, INGENUITY13, LLC <br><br> *Defendants*. | CASE NO. 1:13-CV-02622 (SRN/LIB) |

### DEFENDANT'S MOTION TO DISMISS

Defendant John Steele, pursuant to Fed. R. Civ. P. 12(b)(6), moves this Court for an order dismissing Plaintiff Alan Cooper's complaint with prejudice.

Dated: October 18, 2013

/s John Steele
*Pro se*
1111 Lincoln Road Suite 400
Miami Beach, Florida 33139

SCANNED
OCT 18 2013
U.S. DISTRICT COURT MPLS