UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALAN COOPER,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN LAWRENCE STEELE, PRENDA LAW, INC., AF HOLDINGS, LLC, INGENUITY13, LLC<br><br>*Defendants*. | CASE NO. 1:13-CV-02622 (SRN/LIB) |

## NOTICE OF HEARING

The Motion to Dismiss Plaintiff's Complaint filed by Defendant John Steele will be heard on January 31, 2014 at 2:00 p.m. before the Honorable Judge Susan Richard Nelson, United States District Judge, in Courtroom 7B, 300 South Fourth Street, 202 U.S. Courthouse, Minneapolis, Minnesota 55414.

Respectfully submitted,

DATED: October 18, 2013

/s John Steele
*Pro se*
1111 Lincoln Road Suite 400
Miami Beach, Florida 33139

SCANNED
OCT 18 2013
U.S. DISTRICT COURT MPLS