UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALAN COOPER,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHN LAWRENCE STEELE,<br>PRENDA LAW, INC., AF HOLDINGS,<br>LLC, INGENUITY13, LLC<br><br>    *Defendants.* | CASE NO. 1:13-CV-02622 (SRN/LIB) |

**MEET-AND-CONFER STATEMENT**

I hereby certify that I met and conferred with Plaintiff's counsel via the telephone on October 17, 2013. We discussed Steele's Motion to Dismiss. The parties could not come to agreement on any part of the motion. I further certify that I discussed the Motion to Dismiss with Defendant Prenda Law, Inc., which supports the instant motion and with non-served Defendants AF Holdings, LLC and Ingenuity13, LLC, which also support the Motion to Dismiss.

DATED: October 18, 2013

/s John Steele
*Pro se*
1111 Lincoln Road Suite 400
Miami Beach, Florida 33139

SCANNED
OCT 1 8 2013
U.S. DISTRICT COURT MPLS

1