UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

ALAN COOPER,

    *Plaintiff,*

v.

JOHN LAWRENCE STEELE,
PRENDA LAW, INC., AF HOLDINGS,
LLC, INGENUITY13, LLC

    *Defendants.*

CASE NO. 1:13-CV-02622 (SRN/LIB)

### DECLARATION OF JOHN STEELE

I, John Steele, declare as follows:

1. Attached hereto is a true and correct copy of a consent for removal executed by the sole office of Prenda Law, Inc., Paul Duffy.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2013

/s John Steele
*Pro se*
1111 Lincoln Road Suite 400
Miami Beach, Florida 33139

SCANNED
OCT 24 2013
U.S. DISTRICT COURT MPLS