**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ALAN COOPER,

      Plaintiff,

v.

JOHN LAWRENCE STEELE, PRENDA
LAW, INC., AF HOLDINGS, LLC AND
INGENUITY13, LLC,

      Defendants.

Civil No. 0:13-cv-02622 (SRN/LIB)

RECEIVED
OCT 23 2013
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### CONSENT TO REMOVAL

Defendant, Prenda Law, Inc., through its attorney, hereby consents to and joins in the Notice of Removal filed by Defendant John Lawrence Steele in the United States District Court for the District of Minnesota for removal of an action pending in Hennepin County, Minnesota District Court, captioned Alan Cooper v. John Lawrence Steele, Prenda Law, Inc., AF Holdings, LLC and Ingenuity13, LLC, Court File No.: 27-CV-13-3464. The undersigned represents that he has authority to act on Prenda Law, Inc.'s behalf.

Respectfully submitted,

By: _____

Paul A. Duffy

SCANNED
OCT 24 2013
U.S. DISTRICT COURT MPLS