**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Alan Cooper,<br><br>　　　　Plaintiff,<br><br>v.<br><br>John Lawrence Steele, Prenda Law, Inc., AF Holdings, LLC, and Ingenuity13, LLC,<br><br>　　　　Defendants. | Case No. 13-cv-2622 (SRN/LIB)<br><br><br>**ORDER** |

Paul Godfread, 100 South Fifth Street, Suite 1900, Minneapolis, MN 55402, for Plaintiff.

Defendant John Lawrence Steele, pro se.

Paul R. Hansmeier, Class Action Justice Institute LLC, 40 South Seventh Street, Suite 212-313, Minneapolis, MN 55402, for Defendant Prenda Law, Inc.

SUSAN RICHARD NELSON, United States District Judge

　　A hearing in this matter was scheduled for Friday, January 31, 2014, at 2:30 p.m. on Defendant John Steele's Motion to Transfer Venue [Doc. No. 4], Plaintiff's Motion to Remand [Doc. No. 9], and Defendant Steele's Motion to Dismiss [Doc. No. 15]. Defendant Steele has informed the Court that he is unable to travel to attend the hearing due to inclement weather. Therefore, the Court will remove the hearing from the calendar and will decide the motions on the papers.

Dated:  January 28, 2014　　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge