# UNITED STATES DISTRICT COURT
## District of Minnesota

Alan Cooper,

                 Plaintiff,

v.

John Lawrence Steele, Prenda Law Inc.,
AF Holdings, LLC, and Ingenuity 13, LLC,

                 Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  13-cv-2622 SRN/LIB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff's Motion to Remand to State Court [Doc. No. 9] is GRANTED;
2. Plaintiff's request for costs and fees, including attorney's fees, incurred as a result of removal is DENIED;
3. Defendant Steele's Motion to Transfer Venue [Doc. No. 4] is DENIED AS MOOT;
4. Defendant Steele's Motion to Dismiss [Doc. No. 15] is DENIED AS MOOT; and
5. The Clerk of Court shall take all appropriate action to remand this case to Hennepin County District Court.

July 30, 2014                                              RICHARD D. SLETTEN, CLERK
Date

                                                                              LP Holden
                                                              (By)                 LP Holden, Deputy Clerk